UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JANET SALYERDS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE BANK (USA), N.A., )<br>)<br>Defendant. )<br>)<br>)<br>) | Case No. 2:18-cv-02219-MMB |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE the parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED,

DATED: January 4, 2019

/s/Daniel Ruggiero
The Law Office of Daniel Ruggiero
Daniel Goldsmith Ruggiero
275 Grove St., Suite 2-400
Newton, MA, 02466
P: (339) 237-0343
E: DRuggerioEsq@gmail.com

/s/ Laura A. Lange
Laura A. Lange
McGuire Woods LLP
Tower Two-Sixty
260 Forbes Avenue, S/1800
Pittsburgh, Pa 15222
T: 412-667-7941
E: llange@mcguirewoods.com
